### 16678.   WILLIE *v.* DAVIS.

BELL, J.   The verdict in this case was authorized by the evidence, and the court did not err in overruling the motion for new trial based upon the general grounds only.

*Judgment affirmed.   Jenkins, P. J., and Stephens, J., concur.*

DECIDED APRIL 20, 1926.

New Trial, 29 Cyc. p. 832, n. 60.

Complaint; from city court of Louisville—Judge Barwick. June 15, 1925.

*Roy V. Harris,* for plaintiff in error.   *R. G. Price,* contra.